# NL
## NORINSBERG LAW

Jon L. Norinsberg
John J. Meehan

Diego O. Barros
Erica M. Meyer

110 East 59th Street
Suite 2300
New York, NY 10022

69-06 Grand Avenue
3rd Floor
Maspeth, NY 11378
erica@norinsberglaw.com

October 30, 2023

**VIA ECF**
Honorable Judge P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 100007

*[Handwritten note: The mediator is empowered to adjourn the mediation date to January 16, 2024. SO ORDERED / [signature] USDJ / 10-31-23]*

Re:  ***Thomas Hopwah v. Millennium Hotels & Resorts, d/b/a M Social Hotel***
     ***Dkt. No. 23 cv 6773 (PKC)***

Your Honor:

    We represent Plaintiff Thomas Hopwah, in a negligence action against Millennium Hotels & Resorts, d/b/a M Social Hotel. Following the Court's initial Civil Case Management Plan and Scheduling Order, dated October 11, 2023 (Dkt. No. 12), the parties scheduled a mediation with Ira Maurer on December 12, 2023. We now write jointly requesting an adjournment on the mediation date from December 12, 2023, to January 16, 2024.

    On Friday, October 27, 2023, the parties had an initial conference with Ira Maurer to discuss the matter. During that call, the parties agreed, per Mr. Maurer's recommendation, to postpone the mediation until January 16, 2024. Moreover, the parties also agreed that December 12, 2023, the original mediation date, will now be the date that the parties conduct Plaintiff's deposition.

    As such, the parties request that the mediation be adjourned from December 12, 2023, to January 16, 2024. During this time, the parties intend to complete various discovery, including expert discovery and depositions, to allow for a meaningful mediation, per Ira Maurer's recommendation.

    We thank the Court for its consideration of this request.

Sincerely,

*[signature]*
Erica M. Meyer, Esq.

---

T 212.791.5396 | T 212.JUSTICE | F 212.406.6890 | norinsberglaw.com